UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN SUCHAN, ET AL.,

    Plaintiffs,
v.                            Case No. 8:13-cv-254-T-33EAJ

AMERICAN EXPRESS CO. ET AL.,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court sua sponte. On April 16, 2013, this Court entered a Case Management and Scheduling Order, which, among other things, referred this case to mediation and directed Plaintiffs' counsel, within twenty-one days thereof, to report to the Court the date, time, and location of the parties' scheduled mediation conference. (Doc. # 27 at 2). The Court noted that the parties selected certified mediator Jim Betts, Esq. to serve in this case and established November 8, 2013, as the deadline for conducting the mediation conference. Id.

    Plaintiffs have failed to timely notify the Court of the date, time, and location of the scheduled mediation conference. Accordingly, Plaintiffs are directed to file a Notice of Mediation on or before May 31, 2013, indicating the date, time and location of the scheduled mediation

conference. Failure to do so could result in this Court scheduling the mediation <u>sua</u> <u>sponte</u>.

The parties are reminded that all counsel, parties, corporate representatives, and any other required claims professionals must be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. <u>See</u> Local Rule 9.05(c).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs shall, by May 31, 2013, advise the Court of the date, time, and location of the parties' scheduled mediation conference.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>20th</u> day of May, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:  All Counsel of Record

2