```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

BRIAN and KATHYA SUCHAN,

        Plaintiffs,
v.                                  Case No. 8:13-cv-254-T-33EAJ

AMERICAN EXPRESS CO., ET AL.,

        Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Selection of Mediator and Scheduling Mediation (Doc. # 30) filed on May 31, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**    James Betts, Esq.

    **Address:**               710 South Boulevard
                                Tampa, Florida 33606

    **Telephone:**          (813)254-3302

By agreement of the parties, the mediation conference is scheduled for **August 20, 2013, at 9:00 a.m.** at the law offices Leavengood, Nash, Dauval & Boyle, P.A., 3900 First Street North, Suite 100, St. Petersburg, FL 33703. The

parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator James R. Betts, Esq.
          710 South Boulevard
          Tampa, Florida 33606

2